**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

<u>**M I N U T E   O R D E R**</u>

NEHEMIAH ROLLE

    VS                                  CIVIL NO.:  9:03-CV-1529 (TJM/DEP)

OFFICER BOLSTER

      The Court having stayed the above-entitled action until such time the plaintiff has paid the sanction set forth in Senior Judge Thomas J. McAvoy's Decision and Order dated September 7, 2005, and, noting that the plaintiff has failed to pay such sanction as of the date of this order, and all presently contemplated proceedings in this Court having been completed, it appears at this time that there is no further reason to maintain this action on the open docket for statistical purposes.

      **IT IS HEREBY ORDERED THAT:**  the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code <u>18</u>) to the Administrative Office of the U.S. Courts.

      The parties are advised that nothing contained in this minute order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in it become necessary or desirable, any party may reopen the action by advising the Court in writing that the stay may be lifted.

      Upon notification to reopen the action, the parties are directed to request a conference with the Court in order that a determination may be made as to the trial

readiness of this matter.

The Clerk of the Court is directed to serve a copy of this order on all parties to the action.

*/s/ David E. Peebles*

David E. Peebles
U.S. Magistrate Judge

Dated:   September 14, 2006
         Syracuse, New York